# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 109 EAL 2016

            Respondent         :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

         v.                          :

KYLE BYRD,                   :

            Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.